# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| MARY MAYS, | } | Civil Action 3:14-cv-155 |
| | } | |
| Plaintiff, | } | JUDGE: JAMES G. CARR |
| | } | |
| v. | } | |
| | } | |
| CONVERGENT OUTSOURCING, INC. | ) | |
| | } | |
| Defendant. | } | |

_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

THIS CAUSE having come before the Court on the Plaintiff's Notice of Voluntary Dismissal Without Prejudice, it is hereby ORDERED that this case is dismissed without prejudice.

SO ORDERED THIS __6th__ day of _____May_____, 2014.

                                                                                                 s/James G. Carr
                                                                                                  Judge James G. Carr